Jessie James HOLLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27368.

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

On Motion to Reinstate Appeal Feb. 2, 1955.

is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.

On Motion to Reinstate the Appeal

The appeal is now perfected, and the case will be considered on its merits.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

Conviction is for the sale of whisky in a dry area; the punishment, a fine of $200.

The record contains no notice of appeal, in the absence of which this court

